UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Business Capital Group, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>Thai Airways International Public Company Limited, et al.<br><br>Defendants.<br>_____<br>Thai Airways International Public Company Limited<br><br>Third Party Plaintiff<br><br>vs.<br><br>Airworks International, Inc., M-Line Capital, Inc., Money Line Capital, Inc., Eran Engineering, Inc., Anthony Anish, an individual and Roes 1-10, inclusive<br><br>Third Party Defendants<br>_____ | Case No.: CV11-00424 JAK (RNBx)<br><br>Assigned for All Purposes to the Honorable John A. Kronstadt<br><br>**JUDGMENT**<br><br>**JS-6** |

The above-entitled action came on for trial before this Court, by the Honorable John A. Kronstadt United States District Judge, presiding without a jury on January 29 and 30, 2013.

Plaintiff Business Capital Group, a California Corporation (BCG) appeared and was represented by James Sifers and Ali Parvaneh.

Defendant and Third Party Plaintiff Thai Airways Public Company Limited ("Thai Airways") appeared and was represented by Mark S. Priver and John E. Ohashi.

Third Party Defendants Money Line Capital, Inc. ("Money Line"), Eran Engineering, and Anthony Anish ("Anish") appeared and were represented by James Sifers and Ali Parvaneh.

The defaults of Third Party Defendants M-Line Capital, Inc. ("MLine") and Airworks International, Inc. ("Airworks") were previously entered by the Clerk of Court on June 28, 2012 (Documents 91 & 92).

After hearing and considering the evidence admitted at trial, as well as the post trial closing briefs submitted by counsel for the represented parties, the Court made and entered its findings of fact and conclusions of law by Order dated August 1, 2014 (Document #168). In consideration of the foregoing,

IT IS NOW ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

(1) BCG shall take nothing on its complaint against Thai Airways;

(2) Thai Airways shall take nothing on its Third Party Complaint against Money Line, Eran, or Anish;

(3) Thai Airways shall recover $893,034.78 against Airworks on its Third Party Complaint plus prejudgment interest from June 21, 2010 through July 20, 2014 of $364,655.86 for a total judgment of $1,257,690.64; and

///

///

///

1

(4)     Thai Airways shall recover its costs of suit herein through an appropriate application with the Clerk of the Court, with BCG and Airworks, jointly and severally liable for any such costs that are awarded and not later modified as a result of any motion before the Court.

Dated: August 25, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE